**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN NANNI,<br>an individual, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:22-cv-00104-MN |
| | ) | |
| v. | ) | |
| | ) | |
| ADAMS FOUR ASSOCIATES, L.P., | ) | |
| a Delaware Limited Liability Partnership, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | / | |

## AGREED NOTICE OF SETTLEMENT

Plaintiff files this Agreed Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case with Defendant Adams Four Associates, L.P. The parties are currently finalizing the language of their agreement and anticipate filing a dismissal once final signatures are exchanged.

Dated: October 27, 2022

Respectfully Submitted,

By: */s/ David T. Crumplar*
    David T. Crumplar (#5876)
    Jacobs & Crumplar, P.A.
    *Of Counsel*
    750 Shipyard Drive
    Suite 200
    Wilmington, DE 19801
    Tel.: (302) 656-5445
    Fax: (302) 656-5875
    davy@jcdelaw.com

    -and-

    KU & MUSSMAN, P.A.
    18501 Pines Blvd, Suite 209-A

1

Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2022, a true and correct copy of

the foregoing has been furnished by U.S. Mail to:

ADAMS FOUR ASSOCIATES, L.P.
By Serving Registered Agent:
Registered Office Service Company
614 N Dupont Hwy, Suite 210
Dover, DE 19901

Jessica M. Gulash, Esq.
Lundy Beldecos & Milby, P.C.
450 N. Narberth Ave, Suite 200
Narberth, PA 19072
jgulash@lbmlaw.com

By: */s/ David T. Crumplar*
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.