# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NANNI,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ADAMS FOUR ASSOCIATES, L.P.,<br>a Delaware Limited Liability Partnership,<br><br>    Defendant. | )<br>)<br>)<br>)   Case No: 1:22-cv-00104-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice.

Dated: November 17, 2022

Respectfully Submitted,

By: */s/ David T. Crumplar*
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.
*Of Counsel*
750 Shipyard Drive
Suite 200
Wilmington, DE 19801
Tel.: (302) 656-5445
Fax: (302) 656-5875
davy@jcdelaw.com

-and-

KU & MUSSMAN, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976

1

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November, 2022, a true and correct copy of the foregoing has been furnished by U.S. Mail to:

ADAMS FOUR ASSOCIATES, L.P.
By Serving Registered Agent:
Registered Office Service Company
614 N Dupont Hwy, Suite 210
Dover, DE 19901

Jessica M. Gulash, Esq.
Lundy Beldecos & Milby, P.C.
450 N. Narberth Ave, Suite 200
Narberth, PA 19072
jgulash@lbmlaw.com

By: */s/ David T. Crumplar*
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.